AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CLAY LYNDON WYANT,

                             Plaintiff,

                     v.

CHELAN COUNTY;  et al.,

                         Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-0196-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Memorializing the Court's Federal Rule of Civil Procedure 50(a) Rulings, Directing Entry of Judgment, and Closing File entered on October 29, 2010, Ct. Rec . 148.

October 29, 2010
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas
_____